**CHEVRON PHILLIPS CHEMICAL COMPANY LP, Plaintiff/Counterclaim Defendant–Appellant,**

and

**Phillips Petroleum Company, Counterclaim Defendant,**

v.

**BJ SERVICES COMPANY, Defendant/Counterclaimant–Cross Appellant.**

Nos. 04–1350, 04–1351.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

William C. Slusser, Principal Attorney, Michael Edward Wilson, Keith Jaasma, Slusser, Wilson & Partridge LLP, of

Counsel, Houston, TX, for Defendant/Counterclaimant–Cross Appellant.

J. Christopher Reynolds, Principal Attorney, Jean C. Frizzell, Jeffrey C. Kubin, Gibbs & Bruns, of Counsel, Houston, TX, for Plaintiff/Counterclaim Defendant–Appellant.

### ORDER

The parties move jointly to voluntarily dismiss 04–1350, –1351, appeals from the decision of the United States District Court for the Southern District of Texas in *Chevron Phillips Chemical Co. v. Phillips Petroleum Co.,* No. 02–CV–299 (S.D.Tex. July 2, 2003).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

---

* We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.